1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, California 94025
   Telephone: (650) 614-7400
5  Facsimile: (650) 614-7401

6  CHRISTIAN N. BROWN (STATE BAR NO. 233147)
   cbrown@orrick.com
7  ORRICK HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
8  San Francisco, CA 94105
   Telephone: (415) 773-5700
9  Facsimile: (415) 773-5759

   Attorneys for Defendants
   SEARS HOLDINGS CORPORATION and SEARS,
   ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PEREZ, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK AND CO., a New York corporation, SEARS HOLDING CORP., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. CV11-03527 DSF (PJWx)<br><br>**DEFENDANTS' NOTICE OF RELATED CASES**<br><br>*[NO RELATED CASES]* |

OHS WEST:261133822.1

NOTICE OF RELATED CASES

1  Pursuant to Civil L.R. 83-1.3, Defendants Sears Holdings Corporation and
2  Sears, Roebuck and Co. ("Defendants") hereby notify the Court that they are not
3  currently aware of any related actions previously filed or currently pending in the
4  Central District of California.

5  Dated: April 25, 2011

LYNNE C. HERMLE
JOSEPH C. LIBURT
CHRISTIAN N. BROWN
Orrick, Herrington & Sutcliffe LLP

By: /s/ Christian Br.
CHRISTIAN N. BROWN
Attorneys for Defendants
SEARS HOLDINGS
CORPORATION and SEARS,
ROEBUCK AND CO.