**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 090058)
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
mbradley@marlinsaltzman.com
kgrombacher@marlinsaltzman.com

**UNITED EMPLOYEES LAW GROUP, PC**
Walter Haines, Esq. (SBN 71075)
110 Pine Avenue, Suite 725
Long Beach, California 90802
Telephone: (888) 474-7242
Facsimile: (866) 435-7471
whaines@uelglaw.com

Attorneys for Plaintiff and the Proposed Plaintiff Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PEREZ, as an individual and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>SEARS ROEBUCK AND CO., a New York corporation, SEARS HOLDING CORP., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>           Defendants. | **CASE NO. CV11-03527-DSF(PJWx)**<br>**(Assigned to Hon. Dale S. Fischer)**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Ramon Perez ("Perez") and Defendant Sears Roebuck and Co. ("Sears"), through their respective counsel, that all of Perez's claims in this action and all of his claims for relief in this action be dismissed with prejudice pursuant to Federal Rule of Civil

---
1
**Stipulation of Dismissal With Prejudice**

Procedure 41(a)(1)(A)(ii). The parties shall each bear their own respective costs and attorney fees.

DATED:   October 19, 2011     **MARLIN & SALTZMAN, LLP**
                              **UNITED EMPLOYEES LAW GROUP**

                              By:  /S/ Marcus J. Bradley
                              Marcus J. Bradley, Esq.
                              of Marlin & Saltzman
                              Attorneys for Plaintiffs

DATED: October 19, 2011      **ORRICK, HERRINGTON & SUTCLIFFE, LLP**

                              By:  /S/ Joe Liburt
                              Joe Liburt, Esq.
                              Attorneys for Defendants