1
2
3
4
5
6
7
8
9
10                     UNITED STATES DISTRICT COURT
11                    CENTRAL DISTRICT OF CALIFORNIA
12

13  RAMON PEREZ, as an individual    )  CASE NO. CV11-03527-DSF(PJWx)
14  and on behalf of all others similarly )  (Assigned to Hon. Dale S. Fischer)
    situated,                        )
15                                   )
             Plaintiff,              )  [PROPOSED] ORDER GRANTING
16  v.                               )  DISMISSAL WITH PREJUDICE
                                     )
17  SEARS ROEBUCK AND CO., a         )
    New York corporation, SEARS      )
18  HOLDING CORP., a Delaware        )
    corporation, and DOES 1 through  )
19  100, inclusive,                  )
                                     )
20           Defendants.             )
                                     )
21  _____     )
22
23
24      Having read and considered the Stipulation of Dismissal with Prejudice, the
25  parties' stipulated request is hereby GRANTED. All of Plaintiff RAMON PEREZ's
26  claims in this action and all of his claims for relief in this action are dismissed with
27  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).
28  / / /

1   The parties shall each bear their own respective costs and attorneys' fees.

3   IT IS SO ORDERED.

6   DATED: _____           _____
                                        DALE S. FISCHER
                                        United States District Judge